IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FERNANDO LOPEZ-UGARTE, | CIVIL ACTION NO. 3:13-CV-2850 |
| Petitioner, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE SCHWAB) |
| WARDEN DELBERT SAUERS, | |
| Respondent. | |

### ORDER

**NOW**, this **8th** day of May, 2014, upon review of the Report and Recommendation of Magistrate Judge Schwab (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that the Report & Recommendation (Doc. 6) is **ADOPTED**. Petitioner Fernando Lopez-Ugarte's petition for a writ of habeas corpus is **DENIED**. The clerk of court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge